```
┌─────────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA           │
│              CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)               │
│                  "MATTHEW T. ARMSTRONG ET AL V USA ET AL"                   │
├─────────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel     │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 02/09/00
           Closed: 06/09/04

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (360) Other personal injury

           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Paid $150.00 on 02/09/00 receipt # 00111172
         Trial by: Jury
```

Parties of Record:                              Counsel of Record:
────────────────────────────────────────────────────────────────────────────

PLF 1.1              ARMSTRONG, MATTHEW T.       W. Michael Moody
                                                 Atkinson Conway et al
                                                 420 L Street, Suite 500
                                                 Anchorage, AK 99501
                                                 907-276-1700

                                                 Richard E. Vollertsen
                                                 Atkinson Conway et al
                                                 420 L Street, Suite 500
                                                 Anchorage, AK 99501
                                                 907-276-1700

PLF 2.1              ARMSTRONG, DONALD           W. Michael Moody
                                                 (see above)

                                                 Richard E. Vollertsen
                                                 (see above)

PLF 3.1              ARMSTRONG, MARY E.          W. Michael Moody
                                                 (see above)

                                                 Richard E. Vollertsen
                                                 (see above)

PLF 4.1              ARMSTRONG, JAMES R.         W. Michael Moody
                                                 (see above)

                                                 Richard E. Vollertsen
                                                 (see above)

DEF 1.1              UNITED STATES OF AMERICA    Susan J. Lindquist
                                                 U.S. Attorney's Office
                                                 222 W. 7th Avenue, #9
                                                 Anchorage, AK 99513-7567
                                                 907-271-5071

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│           CIVIL DOCKET PARTY INFORMATION FOR CASE A00-0031--CV (JWS)    │
│                  "MATTHEW T. ARMSTRONG ET AL V USA ET AL"               │
├─────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel │
└─────────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | Counsel of Record: |
|---|---|
| | Daniel R. Cooper<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br>FAX 907-271-2344 |
| DEF 2.1    VISIONS INTERNATIONAL INC | Douglas J. Serdahely<br>Patton Boggs LLP<br>601 W. 5th Avenue, Suite 700<br>Anchorage, AK 99501<br>907-263-6300<br>FAX 907-263-6345 |
| DEF 3.1    [T] MOUNT SANFORD TRIBAL CONSORTIUM | No counsel found for this party! |
| 3PP 1.1    VISIONS INTERNATIONAL INC | Douglas J. Serdahely<br>(see above) |
| 3DF 1.1    UNITED STATES OF AMERICA | Susan J. Lindquist<br>(see above)<br><br>Daniel R. Cooper<br>(see above) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
                       "MATTHEW T. ARMSTRONG ET AL V USA ET AL"

                                 For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 02/09/00
            Closed: 06/09/04

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

   Nature of Suit: (360) Other personal injury

            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Paid $150.00 on 02/09/00 receipt # 00111172
          Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 02/09/00 | Complaint filed; Summons issued. |
| 2 - 1 | 02/09/00 | PLF 1-4 Notice of related case [3AN-99-07773 CI]. |
| 3 - 1 | 03/02/00 | PLF 1-4 Return of Service Executed re: US Attorney on 2/11/00 and Attorney General of US on 2/16/00 w/att exhs. |
| 4 - 1 | 03/15/00 | Stipulation for ext of time until 04/21/00 for def to answer. |
| 4 - 2 | 03/16/00 | JWS Order granting stipulation at dkt 4-1.  cc: cnsl |
| 5 - 1 | 04/21/00 | DEF 1 Answer to Complaint. |
| 6 - 1 | 04/26/00 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 21 days. cc: cnsl |
| 7 - 1 | 05/17/00 | Initial case status rpt & discovery plan in response to ord at 6-1. |
| 8 - 1 | 05/19/00 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 03/02/01; Disp mots ddln 04/02/01; 7 day TBC estimate. cc: cnsl |
| 9 - 1 | 07/24/00 | JWS Minute Order consolidating this case w/A00-182 CV (JWS); A00-031 CV (JWS) to be the master case; all future filings to be made in A00-031 CV (JWS). cc: cnsl |
| 10 - 1 | 07/28/00 | 3DF 1 Answer to 3rd pty cmplt and Counterclaim. |
| 11 - 1 | 08/11/00 | DEF 2; 3PP 1 Answer to Counterclaim of third-party def USA. |
| 12 - 1 | 08/18/00 | DEF 2; 3PP 1 motion (request) for status conference. |
| 13 - 1 | 08/31/00 | JWS Minute Order granting mot (req) for stat conf (12-1); stat conf set 9/13/00 at 8:30 a.m.. cc: cnsl |
| 13A- 1 | 09/06/00 | PLF 1-4 motion (certified copy) to compel w/att memo and exhs (originally fld in A00-0182 CV (JWS)). |

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│              CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)           │
│                 "MATTHEW T. ARMSTRONG ET AL V USA ET AL"                │
├─────────────────────────────────────────────────────────────────────────┤
│                           For all filing dates                          │
└─────────────────────────────────────────────────────────────────────────┘
```

```
Document #   Filed     Docket text
----------   -----     -----------

   14 -  1   09/13/00  JWS Amended Scheduling and Planning Order setting pretrial ddlns: Disc
                       to close 10/05/01; Disp mots ddln 11/05/01; 10 day TBJ estimate. cc:
                       cnsl

   15 -  1   09/25/00  DEF 2; 3PP 1 opposition to PLF 1-4 motion (certified copy) to compel
                       (originally fld in A00-0182 CV (JWS)) (13A-1).

   16 -  1   10/02/00  PLF 1-4 reply to opposition to PLF 1-4 motion (certified copy) to compel
                       (originally fld in A00-0182 CV (JWS) (13A-1).

   17 -  1   10/16/00  JWS Order granting motion (certified copy) to compel (13A-1); appl for
                       award of atty fees and costs due w/i 10 days. cc: cnsl, A00-182 CV (JWS)

   18 -  1   10/19/00  Stipulation that ddln for expert rpts should be 07/06/01.

   18 -  2   10/20/00  JWS Order approving stip. cc: cnsl

   19 -  1   10/23/00  DEF 2; 3PP 1 motion for reconsideration of 10/16/00 order w/att aff of
                       cnsl & exhs [exh 6 filed for in camera review forwarded to chambers].

   20 -  1   10/24/00  PLF 1-4 motion for costs & attorney's fees incurred in motion to compel
                       w/att memo, aff of cnsl & exhs.

   21 -  1   10/25/00  DEF 2; 3PP 1 Notice re: DEF 2; 3PP 1 motion for reconsideration of
                       10/16/00 order (19-1).

   22 -  1   11/08/00  JWS Order granting/denying as directed motion for reconsideration of
                       10/16/00 order (19-1). cc: cnsl

   23 -  1   11/13/00  DEF 2; 3PP 1 opposition to PLF 1-4 motion for costs & attorney's fees
                       incurred in motion to compel (20-1).

   24 -  1   11/17/00  PLF 1-4 reply to opposition to PLF 1-4 motion for costs & attorney's
                       fees incurred in motion to compel (20-1) w/att exhs.

   25 -  1   12/01/00  JWS Order granting motion for costs & attorney's fees incurred in motion
                       to compel (20-1); plf awarded fees of $950 & costs of $28.56. cc: cnsl

   26 -  1   06/28/01  Motion joint for extension of discovery deadlines with discovery to
                       close 5/3/02.

   27 -  1   06/29/01  JWS Order granting joint mot for ext of disc ddlns (26-1); disc to close
                       05/03/02; disp mots ddln 06/03/02. cc: cnsl

   28 -  1   11/05/01  PLF 1-4 Disclosure of areas of expert testimony.

   29 -  1   11/05/01  PLF 1-4 Final Witness List.

   30 -  1   11/05/01  DEF 2 Final Witness List as to factual issues.

   31 -  1   11/05/01  DEF 2 designation of areas in which expert testimony will be offered.

   32 -  1   11/06/01  DEF 1; 3DF 1 motion to accept late filing of fact witness list w/att
                       prop wit list.

   33 -  1   11/07/01  DEF 2 Amended Witness List as to factual issues.
```

```
┌─────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA         │
│              CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)            │
│                  "MATTHEW T. ARMSTRONG ET AL V USA ET AL"                │
├─────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                          │
└─────────────────────────────────────────────────────────────────────────┘
```

| Document # | Filed | Docket text |
|---|---|---|
| 34 - 1 | 11/08/01 | JWS Minute Order granting motion to accept late filing of fact witness list (32-1). cc: cnsl |
| 35 - 1 | 11/08/01 | DEF 1 Fact Witness List. |
| 36 - 1 | 11/19/01 | DEF 2; 3PP 1 motion (application) for letter of request to the High Court of Justice in England. |
| 37 - 1 | 11/28/01 | JWS Order (Letter of Request) granting motion (application) for letter of request to the High Court of Justice in England (36-1). cc: cnsl |
| 38 - 1 | 01/04/02 | Stipulation for ext of disc ddlns; disc to be completed on 7/1/02; disp mot ddln to proceed as set in amended sched ord of September 2000. |
| 39 - 1 | 01/07/02 | JWS Order approving stip for ext of disc ddlns; disc to be completed on 7/1/02; disp mots ddln 08/01/02 (38-1). cc: cnsl |
| 40 - 1 | 01/28/02 | PLF 1-4 Supplemental Witness List. |
| 41 - 1 | 03/15/02 | DEF 1 Witness List. |
| 42 - 1 | 03/15/02 | DEF 2 Final Witness List including experts. |
| 43 - 1 | 03/15/02 | PLF 1-4 Final Witness List. |
| 44 - 1 | 04/11/02 | Stipulation re: expert rpts will be exchanged on 05/06/02. |
| 44 - 2 | 04/12/02 | Order approving stip re: expert rpts will be exchanged on 05/06/02 (44-1). cc: cnsl |
| 45 - 1 | 07/03/02 | Joint motion for extension of deadline for expert depositions. |
| 46 - 1 | 07/08/02 | JWS Order granting joint mot for ext of ddln for expert depos (45-1). cc: cnsl |
| 47 - 1 | 07/09/02 | DEF 2 motion for summary judgment of all claims by each plaintiff w/att memo and exhs. |
| 48 - 1 | 07/10/02 | DEF 2 motion for partial summary judgment as to certain damage claims of Donald Armstrong, Mary Armstrong and James R. Armstrong w/att memo and exhs. |
| 49 - 1 | 07/23/02 | Stipulation for ext of time until 8/12/02 for plfs to file oppo to mot for part sj. |
| 49 - 2 | 07/24/02 | Order approving stip for ext of time until 8/12/02 for plfs to file oppo to mot for part sj (49-1). cc: cnsl |
| 50 - 1 | 07/24/02 | PLF 1-4 opposition to DEF 2 motion for summary judgment of all claims by each plaintiff (47-1) w/att exhs. |
| 51 - 1 | 07/25/02 | 3DF 1 joinder to DEF 2 motion for summary judgment of all claims by each plaintiff (47-1). |
| 52 - 1 | 07/31/02 | DEF 2 motion in limine with respect to subsequent remedial measures w/att memo and exhs. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
                          "MATTHEW T. ARMSTRONG ET AL V USA ET AL"

                                      For all filing dates
```

```
Document #   Filed        Docket text

   53 -   1  08/05/02     Stipulation and Order that def's reply to plfs' oppo to mot for sj is
                          due 8/8/02. cc: cnsl

   54 -   1  08/08/02     DEF 2; 3PP 1 reply to opposition to DEF 2 motion for summary judgment of
                          all claims by each plaintiff (47-1) w/att exhs.

   55 -   1  08/09/02     JWS Minute Order that parties have until 8/19/02 to file mot requesting
                          jury; if no timely mot fld case will be tried to the crt. cc: cnsl

   56 -   1  08/12/02     PLF 1-4 opposition to DEF 2 motion for partial summary judgment as to
                          certain damage claims of Donald Armstrong, Mary Armstrong and James R.
                          Armstrong (48-1) w/att exhs.

   57 -   1  08/13/02     PLF 1-4 Request for Oral Argument re: DEF 2 motion for summary judgment
                          of all claims by each plaintiff (47-1).

   58 -   1  08/13/02     DEF 2; 3PP 1 Request for Oral Argument re: DEF 2 motion for summary
                          judgment of all claims by each plaintiff (47-1).

   59 -   1  08/14/02     JWS Order denying motion for summary judgment of all claims by each
                          plaintiff (47-1).  cc: cnsl

   60 -   1  08/14/02     DEF 2; 3PP 1 Notice of serving amended experts report w/att exh.

   61 -   1  08/19/02     PLF 1-4 opposition to DEF 2 motion in limine with respect to subsequent
                          remedial measures (52-1) w/att exhs.

   62 -   1  08/19/02     PLF 1-4 motion for ruling as to jury trial issues w/att memo and exhs.

   63 -   1  08/19/02     DEF 2; 3PP 1 Brief to the court re: jury trial.

   64 -   1  08/20/02     PLF 1-4; DEF 2; 3PP 1 Stipulation for ext of time until 8/26/02 for def
                          to file reply to mot for part sj.

   64 -   2  08/21/02     JWS Order approving stip for ext of time until 8/26/02 for def to file
                          reply to mot for part sj (64-1). cc: cnsl

   65 -   1  08/22/02     Stipulation that ddln for disc mots, disp mots and mots in limine is
                          10/21/02.

   65 -   2  08/23/02     JWS Order granting stipulation that ddln for disc mots, disp mots and
                          mots in limine is extended until 10/21/02 (65-1).  cc: cnsl

   66 -   1  08/27/02     STRICKEN PER ORDER AT DKT 67:  DEF 2 reply to opposition to DEF 2 motion
                          for partial summary judgment as to certain damage claims of Donald
                          Armstrong, Mary Armstrong and James R. Armstrong (48-1) w/att exhs.

   67 -   1  08/28/02     JWS Minute Order striking reply at dkt 66 due to overlength. cc: cnsl

   68 -   1  08/29/02     DEF 2; 3PP 1 non-opposition to PLF 1-4 motion for ruling as to jury
                          trial issues (62-1).

   69 -   1  08/29/02     DEF 2 reply to opposition to DEF 2 motion in limine with respect to
                          subsequent remedial measures (52-1).

   70 -   1  08/30/02     DEF 2 Response to Minute Order re: overlength brief.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
                       "MATTHEW T. ARMSTRONG ET AL V USA ET AL"

                              For all filing dates
```

```
Document #    Filed      Docket text

   71 -   1  08/30/02   DEF 2 reply to opposition to DEF 2 motion for partial summary judgment
                        as to certain damage claims of Donald Armstrong, Mary Armstrong and
                        James R. Armstrong (48-1).

   72 -   1  09/04/02   DEF 2 Request for Oral Argument re: DEF 2 motion in limine with respect
                        to subsequent remedial measures (52-1).

   73 -   1  09/04/02   PLF 1-4 Request for Oral Argument re: DEF 2 motion in limine with
                        respect to subsequent remedial measures (52-1).

   74 -   1  09/04/02   PLF 1-4 Request for Oral Argument re: DEF 2 mot for part sj as to
                        certain damage clms of Donald, Mary and James R. Armstrong (48-1).

   75 -   1  09/06/02   JWS Minute Order setting o/a on mot for part sj at dkt 48 and mot in
                        limine at dkt 52 on 9/20/02 at 8:30 a.m.; each side has a total of 20
                        minutes. cc: cnsl

   76 -   1  09/06/02   JWS Prel Order re: mot for part sj at dkt 48 should be granted in part
                        and denied in part. cc: cnsl

   77 -   1  09/12/02   JWS Minute Order granting motion for ruling as to jury trial issues
                        (62-1). cc: cnsl

   78 -   1  09/18/02   PLF 1-4 Supplemental memo as to pre-existing duty of DEF 2 re: DEF 2 mot
                        for part sj as to certain damage claims of Donald Armstrong, Mary
                        Armstrong and James R. Armstrong (48-1) w/att exhs.

   79 -   1  09/18/02   DEF 2 Supplemental memo as to pre-existing duty re: DEF 2 mot for part
                        sj as to certain damage claims of Donald Armstrong, Mary Armstrong and
                        James R. Armstrong (48-1).

   80 -   1  09/20/02   JWS Court Minutes [ECR: Denali Elmore] re O/A on mot for part SJ (48-1)
                        & mot in limine (52-1) hld 9/20/02; taking under advisement motion for
                        partial summary judgment as to certain damage claims of Donald Arm
                        (48-1), motion in limine with respect to subsequent remedial measures
                        (52-1). cc: cnsl

   81 -   1  10/04/02   JWS Order granting/denying mot for part sj as to certain damage claims
                        (48-1). cc: cnsl

   82 -   1  10/16/02   DEF 1 motion for summary judgment w/att exhs. (located in expando behind
                        file)

   83 -   1  10/21/02   PLF 1-4 motion to compel production of documents from USA w/att aff and
                        exhs.

   84 -   1  10/21/02   PLF 1-4 motion to preclude reference to or evidence of releases of
                        liability w/att memo, aff and exhs.

   85 -   1  10/21/02   PLF 1-4 motion to preclude reference to a standard of care contrary to
                        that established by the CHA manual w/att memo, aff and exhs.

   86 -   1  10/21/02   PLF 1-4 motion to preclude reference to assumption of the risk w/att
                        memo, aff and exhs.

   87 -   1  10/21/02   PLF 1-4 motion for summary judgment on statutory non-economic damages
                        caps w/att memo, aff and exhs.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
                        "MATTHEW T. ARMSTRONG ET AL V USA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 88 - 1 | 10/21/02 | PLF 1-4 motion for summary judgment on "good samaritan" defense w/att memo, aff and exhs. |
| 89 - 1 | 10/21/02 | PLF 1-4 motion for summary judgment on allocation of fault to nonparties w/att memo, aff and exhs. |
| 90 - 1 | 10/28/02 | JWS Minute Order that plfs file certification per Rule 37 re: mot to compel at dkt 83 w/i 14 days. cc: cnsl |
| 91 - 1 | 11/01/02 | JWS Order granting/denying motion in limine with respect to subsequent remedial measures (52-1) w/o prejudice. cc: cnsl |
| 92 - 1 | 11/01/02 | DEF 2 Stipulation for extension of time (30 days) to respond to the motions pending before this court. |
| 93 - 1 | 11/01/02 | DEF 2; 3PP 1 Unopposed motion for withdrawal of attorney P. Eide and substitution of counsel Douglas Serdahely as counsel for def Visions International, Inc. with consent of client. |
| 94 - 1 | 11/01/02 | DEF 2; 3PP 1 Notice of filing facsimile signature of Jeffrey F. Champagne on the consent of client. |
| 95 - 1 | 11/01/02 | DEF 2; 3PP 1 Attorney Appearance of Douglas J. Serdahaley, Patton Boggs LLP as counsel for Visions International, Inc. |
| 92 - 2 | 11/04/02 | Order granting stipulation for extension of time (30 days) to respond to the motions pending before this court (92-1). cc: cnsl |
| 93 - 2 | 11/04/02 | Order granting motion Unopposed motion for withdrawal of attorney P. Eide and substitution of Douglas J. Serdahely as attorney for Visions International, Inc. with consent of client (93-1). |
| 96 - 1 | 11/04/02 | PLF 1-4 oppo to DEF 1 mot for sj (82-1) w/att exhs. (located in expando folder behind files) |
| 97 - 1 | 11/06/02 | DEF 1 Unopposed motion for ext to 11/15/02 for USA to respond to mot for SJ at #88 & mot to preclude reference at #85. |
| 97 - 2 | 11/07/02 | Order granting unopposed motion for ext to 11/15/02 to respond to mot for SJ at #88 & mot to preclude at #85 (97-1). cc: cnsl |
| 98 - 1 | 11/07/02 | PLF 1-4 Certification of counsel. |
| 99 - 1 | 11/08/02 | DEF 1; 3DF 1 opposition to PLF 1-4 motion to preclude reference to assumption of the risk (86-1). |
| 100 - 1 | 11/08/02 | DEF 1; 3DF 1 opposition to PLF 1-4 motion for summary judgment on allocation of fault to nonparties (89-1) w/att exhs. |
| 101 - 1 | 11/08/02 | DEF 1; 3DF 1 Unopposed motion fo extension of time (7 days) to file defendants' opposition to plf's motion to compel. |
| 102 - 1 | 11/08/02 | DEF 1; 3DF 1 non-opposition to PLF 1-4 motion for summary judgment on statutory non-economic damages caps (87-1). |
| 101 - 2 | 11/12/02 | Order granting unopposed motion for extension of time (7 days) to file defendants' oppsition to plfs' motion to compel (101-1). cc: cnsl |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA           │
│              CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)               │
│                 "MATTHEW T. ARMSTRONG ET AL V USA ET AL"                    │
├─────────────────────────────────────────────────────────────────────────────┤
│                            For all filing dates                             │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
Document #   Filed     Docket text

  103 -  1   11/13/02  DEF 2:3PP Notice of filing original signature page re: DEF 2; 3PP 1
                       Unopposed motion for withdrawal of attorney P. Eide and substitution of
                       counsel Douglas Serdahely as counsel for def Visions International, Inc.
                       with consent of client. (93-1)

  104 -  1   11/14/02  PLF 1-4 Unopposed motion for extension of time to file replies.

  105 -  1   11/15/02  DEF 1 opposition to PLF 1-4 motion to compel production of documents
                       from USA (83-1)

  106 -  1   11/15/02  DEF 1 opposition to PLF 1-4 motion to preclude reference to a standard
                       of care contrary to that established by the CHA manual (85-1)

  107 -  1   11/15/02  DEF 1 Unopposed motion for ext to 12/8/02 to respond to mot for SJ on
                       Good Samaritan defense to to reply to plfs' opp to US mot for SJ.

  107 -  2   11/15/02  Order granting unopposed motion for ext to 12/8/02 to respond to mot for
                       SJ on Good Samaritan defense & to reply to opp to mot for SJ (107-1).
                       cc: cnsl

  108 -  1   11/15/02  DEF 2; 3PP 1 non-opposition to PLF 1-4 motion to compel production of
                       documents from USA  (83-1)

  109 -  1   11/18/02  JWS Order granting unopposed motion for extension of time to file plfs'
                       replies the motions at dkts 84, 85, 86, 87, 88, & 89 after Vision has
                       filed its oppo (104-1).  cc: cnsl

  110 -  1   11/27/02  PLF 1-4 reply to opposition to PLF 1-4 motion to compel production of
                       documents from USA (83-1) w/att exhs.

  111 -  1   12/04/02  DEF 2 opposition to DEF 1 motion for summary judgment (82-1).

  112 -  1   12/09/02  DEF 1 oppo to PLF 1-4 mot for sj on "good samaritan" defense (88-1)
                       w/att exhs.

  112 -  2   12/09/02  DEF 1 reply to oppo to DEF 1 mot for sj (82-1) w/att exhs.

  113 -  1   12/09/02  PLF 1-4; DEF 2 Stipulation for extension of time to 12/13/02 to respond
                       to motion to preclude reference to or evidence of releases of liability.

  114 -  1   12/09/02  DEF 2; 3PP 1 conditional non-opposition to PLF 1-4 motion to preclude
                       reference to a standard of care contrary to that established by the CHA
                       manual.

  115 -  1   12/09/02  DEF 2; 3PP 1 conditional non-opposition to PLF 1-4 motion for summary
                       judgment on statutory non-economic damages caps (87-1).

  116 -  1   12/09/02  DEF 2; 3PP 1 joinder to opposition to PLF 1-4 motion for summary
                       judgment on allocation of fault to nonparties (89-1).

  117 -  1   12/09/02  DEF 2; 3PP 1 joinder in oppo to PLF 1-4 motion to preclude reference to
                       assumption of the risk (86-1).

  113 -  2   12/10/02  Order granting stip for ext of time to 12/13/02 to respond to mot in
                       limine (mot to preclude reference to or evidence of releases of
                       liability) (113-1). cc: cnsl
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
                     "MATTHEW T. ARMSTRONG ET AL V USA ET AL"
```

For all filing dates

```
Document #   Filed       Docket text

 118 -   1   12/13/02    DEF 2 opposition to PLF 1-4 motion to preclude reference to or evidence
                         of releases of liability (84-1) w/att exhs.

 119 -   1   12/13/02    DEF 1; 3DF 1 reply to Visions opposition to DEF 1 motion for summary
                         judgment (82-1).

 120 -   1   12/16/02    DEF 2 Amended certificate of svc re:oppo to PLF 1-4 motion to preclude
                         reference to or evidence of releases of liability (84-1).

 121 -   1   12/19/02    PLF 1-4 reply to opposition to PLF 1-4 motion to preclude reference to a
                         standard of care contrary to that established by the CHA manual (85-1)
                         w/att aff and exhs.

 122 -   1   12/19/02    PLF 1-4 reply to opposition to PLF 1-4 motion to preclude reference to
                         assumption of the risk (86-1) w/att aff and exhs.

 123 -   1   12/19/02    PLF 1-4 reply to opposition to PLF 1-4 motion for summary judgment on
                         "good samaritan" defense (88-1).

 124 -   1   12/19/02    PLF 1-4 reply to opposition to PLF 1-4 motion for summary judgment on
                         allocation of fault to nonparties (89-1) w/att aff and exh.

 125 -   1   12/23/02    PLF 1-4 reply to opposition to PLF 1-4 motion to preclude reference to
                         or evidence of releases of liability (84-1).

 126 -   1   12/23/02    PLF 1-4 Request for Oral Argument re: PLF 1-4 motion to preclude
                         reference to a standard of care contrary to that established by the CHA
                         manual (85-1).

 127 -   1   12/23/02    PLF 1-4 Request for Oral Argument re: PLF 1-4 motion for summary
                         judgment on allocation of fault to nonparties (89-1).

 128 -   1   12/23/02    PLF 1-4 Request for Oral Argument re: PLF 1-4 motion for summary
                         judgment on "good samaritan" defense (88-1).

 129 -   1   12/23/02    PLF 1-4 Request for Oral Argument re: DEF 1 motion for summary judgment
                         (82-1).

 130 -   1   01/21/03    JWS Order granting motion to compel production of documents from USA as
                         stated (83-1).  cc: cnsl

 131 -   1   01/27/03    JWS Minute Order denying motion to preclude reference to or evidence of
                         releases of liability (84-1). cc: cnsl

 132 -   1   02/04/03    Def 3  Application re: non-resident attorney Edmund Clay Goodman w/lcl
                         cnsl Ted Wellman (DAVIS) w/att exh.

 133 -   1   02/04/03    Def 3 motion (limited) to intervene w/att declaration of E. Goodman &
                         notice of filing fax signature of E. Goodman

 132 -   2   02/10/03    JWS Order granting application on non-resident attorney Edmund Clay
                         Goodman for permission to appear & participate. cc: cnsl

 134 -   1   02/11/03    DEF 2 (Conditional) non-opposition to DEF 3 motion (limited) to
                         intervene (133-1)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
                     "MATTHEW T. ARMSTRONG ET AL V USA ET AL"

                              For all filing dates
```

```
Document #   Filed      Docket text

  135 -  1   02/12/03   PLF 1-4 qualified non-opposition to DEF 3 motion (limited) to intervene
                        (133-1).

  136 -  1   02/13/03   DEF 1 non-opposition to DEF 3 motion (limited) to intervene (133-1).

  137 -  1   02/13/03   Def 3 motion & application of non-resident attorney Geoffrey D. Strommer
                        to appear and participate as counsel for Mount Sanford Tribal
                        Consortium.

  138 -  1   02/14/03   DEF 3 oppo to DEF 1 oppo to PLF 1-4 mot for sj on "good samaritan"
                        defense  (88-1) w/att exhs.

  139 -  1   02/18/03   JWS Minute Order granting motion (limited) to intervene (133-1). cc:
                        cnsl

  137 -  2   02/20/03   JWS Order granting mot & appl of non-resident atty Geoffrey D. Strommer
                        to appear and participate (137-1). cc: cnsl, G. Strommer

  140 -  1   02/21/03   DEF 1 Notice of compliance with Order (dkt #130) re: mot to compel w/att
                        exh.

  141 -  1   02/21/03   DEF 3 Notice of filing original signature of non-res atty Edmund Clay
                        Goodman.

  142 -  1   02/24/03   JWS Minute Order granting motion for summary judgment on statutory
                        non-economic damages caps (87-1). cc: cnsl

  143 -  1   02/24/03   DEF 1; 3DF 1 Unopposed motion for extension of time until 2/26/03 to
                        file reply to DEF 3's opposition to DEF 1; 3DF 1 motion regarding the
                        Good Samaritan Defense.

  143 -  2   02/25/03   Order granting unoppo mot for ext of time until 2/26/03 to file reply to
                        mot  re: good samaritan defense (143-1). cc: cnsl

  144 -  1   02/25/03   DEF 2 limited obj and alternative reply to DEF 3 "brf in oppo to DEF 1
                        position re: Federal Tort Claims Act coverage re: PLF 1-4 motion for
                        summary judgment on "good samaritan" defense (88-1).

  145 -  1   02/26/03   DEF 1 reply to DEF 3 opposition to DEF 1 position re: FTCA coverage re:
                        PLF 1-4 motion for summary judgment on "good samaritan" defense (88-1).

  146 -  1   02/28/03   PLF 1-4 joinder in Visions' limited obj and alternative reply to DEF 3
                        "brief in oppo to US postion re Federal Tort Claims Act Coverage re: PLF
                        1-4 motion for summary judgment on "good samaritan" defense (88-1) .

  147 -  1   03/05/03   JWS Minute Order setting o/a on mots at dkts 82, 85, 88 and 89 on
                        3/28/03 at 10:00 a.m.; each side allowed 25 min for argument. cc: cnsl

  148 -  1   03/05/03   DEF 2 Amended Cert of svc limited obj & alt reply to DEF 3 "brief in
                        oppo to DEF 1 position re: Fed tort claims re: PLF 1-4 motion for
                        summary judgment on "good samaritan" defense (88-1),conditional non-opp
                        to Def 3 motion (limited) to intervene (133-1).

  149 -  1   03/06/03   DEF 3 Address Change Notice.

  150 -  1   03/07/03   DEF 3 opposition to DEF 2 limited objs and PLF 1-4 joinder in DEF 2
                        limited objs to DEF 3's "brf in oppo to DEF 1 position re: Federal Tort
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
                       "MATTHEW T. ARMSTRONG ET AL V USA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|

|  |  |  |
|---|---|---|
|  |  | Claims Act coverage re: PLF 1-4 motion for summary judgment on "good samaritan" defense (88-1). |
| 151 - 1 | 03/07/03 | DEF 3 motion to file supplemental brief w/att prop surreply. |
| 152 - 1 | 03/10/03 | JWS Minute Order denying motion to preclude reference to assumption of risk (86-1). cc: cnsl |
| 153 - 1 | 03/11/03 | DEF 3 motion (request) for clarification regarding oral argument. |
| 154 - 1 | 03/19/03 | JWS Minute Order granting motion to file supplemental brief (151-1). cc: cnsl |
| 155 - 1 | 03/19/03 | JWS Minute Order granting mot (req) for clarification regarding o/a (153-1); DEF 3 has 5 minutes for o/a; this is in addition to 50 minutes set aside for principal parties. cc: cnsl |
| 156 - 1 | 03/19/03 | DEF 3 Surreply to USA reply to DEF 3 oppo to USA position re: PLF 1-4 motion for summary judgment on "good samaritan" defense (88-1). |
| 157 - 1 | 03/20/03 | PLF 1-4 motion for leave to file supplemental factual material in dockets 82 and 88 w/att prop suppl. |
| 158 - 1 | 03/21/03 | JWS Order granting motion for leave to file supplemental factual material in dockets 82 and 88 (157-1). cc: cnsl |
| 159 - 1 | 03/21/03 | PLF 1-4 Supplemental brief re: DEF 1 mot for sj (82-1), PLF 1-4 mot for sj on "good samaritan" defense (88-1). |
| 160 - 1 | 03/21/03 | PLF 1-4 Notice of re-filing of mot for leave to file suppl factual material and suppl brf. |
| 161 - 1 | 03/21/03 | PLF 1-4 motion for leave to file supplemental factual material in docket nos. 82 and 88 w/att prop suppl brf. |
| 162 - 1 | 03/24/03 | JWS Order granting motion for leave to file supplemental factual material in docket nos. 82 and 88 (161-1). cc: cnsl |
| 163 - 1 | 03/24/03 | PLF 1-4 Supplement re: DEF 1 motion for summary judgment (82-1), PLF 1-4 motion for summary judgment on "good samaritan" defense (88-1). |
| 164 - 1 | 03/28/03 | JWS Court Minutes [ECR: Carolyn Bollman] re: o/a on mots for sj and mot to preclude reference held 3/28/03; taking under advisement mot for sj (82-1), mot to preclude reference to a standard of care contrary to that establish (85-1), mot for sj on "good samaritan" defense (88-1), mot for sj on allocation of fault to nonparties (89-1). |
| 165 - 1 | 04/11/03 | JWS Order denying motion for summary judgment (82-1); granting motion to preclude reference to a standard of care contrary to that establish (85-1), motion for summary judgment on "good samaritan" defense (88-1), motion for summary judgment on allocation of fault to nonparties (89-1). cc: cnsl |
| 166 - 1 | 04/17/03 | DEF 1; 3DF 1 Unopposed motion for extension of time to file its motion to reconsider. |
| 167 - 1 | 04/17/03 | DEF 1; 3DF 1 motion for shortened time consideration on its motion for extension of time to file a motion for reconsideration. |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
                 "MATTHEW T. ARMSTRONG ET AL V USA ET AL"

                            For all filing dates
```

```
Document #   Filed      Docket text

  168 -   1  04/18/03   RRB Order granting motion for shortened time consideration on its motion
                        for extension of time (167-1). cc: cnsl

  169 -   1  04/18/03   RRB Order granting unoppo mot for ext of time to file its motion to
                        reconsider (166-1). cc: cnsl

  170 -   1  04/18/03   DEF 1; 3DF 1 Errata re: DEF 1; 3DF 1 Unopposed motion for extension of
                        time to file its motion to reconsider (166-1).

  171 -   1  04/18/03   DEF 2; 3PP 1 motion for reconsideration and/or clarification.

  172 -   1  04/21/03   JWS Order re: certification of readiness for trial; parties to certify
                        or file a report within 15 days from the date of this order. cc:cnsl

  173 -   1  04/22/03   JWS Minute Order denying motion for reconsideration and/or clarification
                        (171-1). cc: cnsl

  174 -   1  04/30/03   DEF 1; 3DF 1 motion for reconsideration order at docket 165.

  175 -   1  05/05/03   PLF 1-4 Unopposed motion for extension of time until 5/27/03 to file
                        certification of readiness for trial.

  175 -   2  05/06/03   JWS Order granting unoppo mot for ext of time until 5/27/03 to file
                        certification of readiness for trial (175-1). cc: cnsl

  176 -   1  05/06/03   JWS Minute Order denying motion for reconsideration order at docket 165
                        (174-1). cc: cnsl

  177 -   1  05/27/03   DEF 1 Unopposed motion on short time for ext to 5/30/03 to certify
                        readiness for trial

  178 -   1  05/28/03   JWS Order granting unoppo mot on short time for ext to 5/30/03 to
                        certify readiness for trial (177-1). cc: cnsl

  179 -   1  05/30/03   PLF 1-4; DEF 1-2; 3PP 1; 3DF 1 Report re: certification of readiness for
                        trial.

  180 -   1  05/30/03   DEF 2; 3PP 1 Affidavit of cnsl re: scheduling of trial date.

  181 -   1  06/12/03   JWS Order setting the following dates: Final pretrial conference
                        02/24/04 at 8:00 a.m.; Exhibit review by 1/5/04; Trial date 03/01/04 at
                        9:00. cc: cnsl, JC

  182 -   1  09/11/03   PLF 1-4; DEF 2 motion (expedited) for settlement conference w/att memo.

  183 -   1  09/12/03   JWS Minute Order granting mot (expedited) for settl conf (182-1); ord
                        for settl conf to be entered. cc: cnsl

  184 -   1  09/16/03   JWS Order re: settl conf; cnsl to lodge sealed settl conf memos w/Judge
                        Holland by 9/24/03 and propose to CMC two settl conf dates at least 2
                        weeks following lodging of settl conf memos. cc: cnsl, Judge Holland

  185 -   1  09/24/03   DEF 1 Notice that it may not participate in the settlement conference.

  186 -   1  09/25/03   PLF 1-4; DEF 2 motion expedited joint motion to compel USA to
                        participate in mediation w/att memo, exhs
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
"MATTHEW T. ARMSTRONG ET AL V USA ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 187 - | 1 | 09/30/03 | RRB Minute Order granting req to proceed on expedited basis re: joint mot to compel at dkt 186; DEF 1 has until noon on 10/1/03 to file oppo to motion to compel and address iss of sanctions; DEF 1 to fax courtesy cy to Judge Beistline's chamber. cc: cnsl |
| 188 - | 1 | 10/01/03 | DEF 1; 3DF 1 part oppo to PLF 1-4; DEF 2 expedited joint motion to compel USA to participate in mediation (186-1) w/att exh. |
| 189 - | 1 | 10/01/03 | RRB Minute Order granting/denying expedited joint mot to compel USA to participate in mediation (186-1); tentative mediation dates of 10/9/03 and 10/10/03 vacated and reset tentatively for 11/3/03 and 11/4/03 before Judge Holland; govt's settl brf due 10/20/03. cc: cnsl, Judge Holland |
| 190 - | 1 | 10/23/03 | HRH Minute Order scheduling a settlement conference for 11/13/03 at 1:30 pm in HRH chambers. cc: cnsl, Judge Sedwick |
| 191 - | 1 | 11/18/03 | HRH Minute Order re: settlement conference held 11/13/03 & 11/14/03. Settlement was not reached. cc: cnsl, Judge Sedwick |
| 192 - | 1 | 12/18/03 | Stipulation (joint mot) on shortened time for ext of time until 1/12/04 for filing of joint stmt of issues, joint stmt of uncontested facts, evid mots, and final wit lists and that exh marking, exchange, objs and responses be postponed for 7 days. |
| 193 - | 1 | 12/19/03 | JWS Order granting joint mot for ext of time until 1/12/04 for filing of joint stmt of iss, uncontested facts, mots, wit lists (192-1); exh review to be held by 1/12/04; objs to exhs due 1/19/04, responses due 1/27/04. cc: cnsl |
| 194 - | 1 | 01/12/04 | PLF 1-4 Final Witness List. |
| 195 - | 1 | 01/12/04 | PLF 1-4 motion for clarification re: economic damage of Don & Mary Armstrong w/att memo, aff and exhs. |
| 196 - | 1 | 01/12/04 | PLF 1-4 motion in limine to preclude the testimony of Dr. David J. Strauss w/att memo, aff and exhs. |
| 197 - | 1 | 01/12/04 | PLF 1-4 motion in limine to exclude all references to collateral sources during trial w/att memo. |
| 198 - | 1 | 01/12/04 | PLF 1-4 motion in limine to exclude reference to Visions International, Inc.'s former status as a nonprofit organization w/att memo, aff and exhs. |
| 199 - | 1 | 01/12/04 | DEF 2; 3PP 1 Final Witness List. |
| 200 - | 1 | 01/12/04 | DEF 2 motion in limine regarding economic damages claims of Donald & Mary Armstrong w/att aff and exhs. |
| 201 - | 1 | 01/12/04 | DEF 2 motion in limine regarding camp standards and sale of Visions w/att exhs. |
| 202 - | 1 | 01/12/04 | DEF 1 Trial Witness List. |
| 203 - | 1 | 01/12/04 | DEF 1 Unopposed motion for an extension of time until 1/15/04 to file motion in limine. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
                        "MATTHEW T. ARMSTRONG ET AL V USA ET AL"

                                     For all filing dates
```

```
Document #    Filed      Docket text

  204 -  1   01/12/04   DEF 1 Unopposed motion for an extension of time until 1/15/04 to file
                        joint statement of facts and issues.

  205 -  1   01/13/04   DEF 2; 3PP 1 Errata to final wit list.

  206 -  1   01/13/04   DEF 2; 3PP 1 Corrected Final Witness List.

  207 -  1   01/14/04   JWS Order granting unoppo mot for an ext of time until 1/15/04 to file
                        mot in limine (203-1). cc: cnsl

  208 -  1   01/14/04   JWS Order granting unoppo mot for an ext of time until 1/15/04 to file
                        joint stmts of facts and issues (204-1). cc: cnsl

  209 -  1   01/14/04   DEF 1 Corrected Trial Witness List w/att exhs.

  210 -  1   01/15/04   DEF 1 Exhibit List. (2 binders of exhs forwarded to chambers)

  211 -  1   01/15/04   PLF 1-4 Exhibit List. (8 binders of exhs forwarded to chambers)

  212 -  1   01/15/04   PLF 1-4 Joint Statement of issues.

  213 -  1   01/15/04   PLF 1-4 Joint Report re: uncontested facts.

  214 -  1   01/15/04   DEF 1 motion for an extension of time until 1/16/04 to file motion in
                        limine.

  215 -  1   01/15/04   DEF 2; 3PP 1 Trial Exhibit List. (15 binders forwarded to chambers)

  216 -  1   01/16/04   DEF 2; 3PP 1 Certificate of svc of exh list and exhs.

  217 -  1   01/16/04   JWS Order granting mot for an ext of time until 1/16/04 to file mot in
                        limine (214-1). cc: cnsl

  218 -  1   01/16/04   PLF 1-4 motion (request) for use of video testimony.

  219 -  1   01/16/04   PLF 1-4 Errata to plfs' wit list.

  220 -  1   01/16/04   PLF 1-4 Errata to exh list.

  221 -  1   01/16/04   DEF 1 motion in limine to exclude evidence w/att exhs. (original in
                        folder behind file)

  222 -  1   01/20/04   DEF 2 Objections to plfs' depo designations and Visions' counter
                        designations.

  223 -  1   01/20/04   DEF 2 Objections to US' prop trial exhs.

  224 -  1   01/20/04   DEF 2 Objections to plfs' prop trial exhs.

  225 -  1   01/20/04   PLF 1-4 Objections and counterdesignation to defs' depo designations.

  226 -  1   01/20/04   PLF 1-4 Objections to govt's exhs.

  227 -  1   01/20/04   PLF 1-4 Objections to Vision's exhs.

  228 -  1   01/20/04   PLF 1-4 Unopposed motion regarding deposition designations of witnesses
                        expected to testify live.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
"MATTHEW T. ARMSTRONG ET AL V USA ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 229 - | 1 | 01/20/04 | DEF 1 Objections to designation of depo testimony by plf. |
| 230 - | 1 | 01/20/04 | DEF 1 Objection to designation of depo testimony by Visions. |
| 231 - | 1 | 01/20/04 | DEF 1 Objections to exhs. |
| 232 - | 1 | 01/21/04 | JWS Minute Order granting unoppo mot re: depo designations of wits expected to testify live (228-1). cc: cnsl |
| 233 - | 1 | 01/21/04 | PLF 1-4 Second Amended Trial Exhibit List. |
| 234 - | 1 | 01/21/04 | PLF 1-4 Second Errata to plf's exhibit list w/att exhs. |
| 235 - | 1 | 01/22/04 | JWS Minute Order resetting 3/1/04 TBJ to 8/2/04 at 9:00 a.m.; resetting FPTC for 7/30/04 at 9:00 a.m.; if desired joint req to reset TBJ to 6/7/04 should be fld by 2/12/04. cc: cnsl, JC |
| 236 - | 1 | 01/22/04 | DEF 2 Objections to USA's depostion designations and cntr designations. |
| 237 - | 1 | 01/23/04 | DEF 1 Unopposed motion for extension of time until 2/3/04 for DEF 1 and DEF 2 to file oppositions to plaintiffs' motions in limine. |
| 237 - | 2 | 01/26/04 | Order granting unoppod mot for ext of time until 2/3/04 to file oppo to plfs' mots in limine (237-1). cc: cnsl |
| 238 - | 1 | 01/26/04 | DEF 1 Response to plfs' and Vision's obj to its exhs. |
| 239 - | 1 | 01/27/04 | PLF 1-4 oppo to DEF 2 mot in limine regarding camp standards and sale of Visions (201-1) w/att aff & exhs. |
| 240 - | 1 | 01/27/04 | PLF 1-4 oppo to DEF 2 mot in limine regarding economic damages claims of Donald & Mary Armstrong (200-1) w/att aff & exhs. |
| 241 - | 1 | 01/27/04 | DEF 2 oppo to PLF 1-4 mot for clarification re: economic damage of Don & Mary Armstrong (195-1) w/att exhs. |
| 242 - | 1 | 01/27/04 | DEF 2 oppo to PLF 1-4 mot in limine to exclude reference to Visions International, Inc.'s former status as a nonprofit organization (198-1) w/att exh. |
| 243 - | 1 | 01/27/04 | DEF 2 oppo to PLF 1-4 mot in limine to exclude all references to collateral sources during trial (197-1) w/att exh. |
| 244 - | 1 | 01/27/04 | PLF 1-4 Responses to the USA's objections to proposed trial exhs. |
| 245 - | 1 | 01/27/04 | PLF 1-4 Responses to Visions' objections to proposed trial exhs. |
| 246 - | 1 | 01/27/04 | DEF 2 Responses to objections to Visions' trial exhs. |
| 247 - | 1 | 01/30/04 | DEF 1 Attorney Substitution of S. Lindquist(USA) for R. Pomeroy (USA) w/ D. Cooper (USA) as co-cnsl. |
| 248 - | 1 | 02/02/04 | PLF 1-4 Unopposed motion for extension of time until 2/13/04 to file replies on the motions in limine. |
| 248 - | 2 | 02/02/04 | Order granting unopposed motion for extension of time until 2/13/04 to file replies on the motions in limine (248-1). cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
                          "MATTHEW T. ARMSTRONG ET AL V USA ET AL"

                                     For all filing dates
```

```
Document #    Filed      Docket text

   249 -  1   02/02/04   PLF 1-4 opposition to DEF 1 motion in limine to exclude evidence (221-1)
                         w/att exhs. (original in expando folder behind file)

   250 -  1   02/03/04   DEF 1 oppo to PLF 1-4 mot for clarification re: economic damage of Don &
                         Mary Armstrong (195-1) w/att exhs.

   251 -  1   02/03/04   DEF 1-2 motion for extension of time to 02/06/04 to file opposition to
                         plaintiff's motions in limine to exclude testimony of Dr. Strauss.

   252 -  1   02/05/04   JWS Order granting mot for ext of time to 02/06/04 to file oppo to plf's
                         mot in limine (251-1). cc: cnsl

   253 -  1   02/06/04   DEF 1 oppo to PLF 1-4 mot in limine to preclude the testimony of Dr.
                         David J. Strauss (196-1) w/att exhs.

   254 -  1   02/06/04   3PP 1 opposition to PLF 1-4 motion in limine to preclude the testimony
                         of Dr. David J. Strauss (196-1).

   255 -  1   02/09/04   JWS Order granting mot (request) for use of video testimony (218-1). cc:
                         cnsl

   256 -  1   02/10/04   PLF 1-4 Unopposed motion concerning dates for trial briefs, jury
                         instructions, and voir dire questions; pt docs due 07/19/04.

   256 -  2   02/11/04   JWS Order granting unopposed mot concerning dates for trial briefs, jury
                         instructions, (256-1); trial docs due 07/19/04. cc: cnsl

   257 -  1   02/13/04   PLF 1-4 reply to opposition to PLF 1-4 motion for clarification re:
                         economic damage of Don & Mary Armstrong (195-1) w/att aff.

   258 -  1   02/13/04   PLF 1-4 reply to opposition to PLF 1-4 motion for clarification re:
                         economic damage of Don & Mary Armstrong (195-1) w/att aff and exhs.

   259 -  1   02/13/04   PLF 1-4 reply to opposition to PLF 1-4 motion in limine to exclude all
                         references to collateral sources during trial (197-1).

   260 -  1   02/13/04   PLF 1-4 reply to opposition to PLF 1-4 motion in limine to exclude
                         reference to Visions International, Inc.'s former status as a nonprofit
                         organization (198-1).

   261 -  1   02/13/04   DEF 2 reply to opposition to DEF 2 motion in limine regarding economic
                         damages claims of Donald & Mary Armstrong (200-1).

   262 -  1   02/13/04   DEF 2 reply to opposition to DEF 2 motion in limine regarding camp
                         standards and sale of Visions (201-1) w/att exh,

   263 -  1   02/13/04   DEF 1 reply to opposition to DEF 1 motion in limine to exclude evidence
                         (221-1) w/att exhs.

   264 -  1   02/17/04   PLF 1-4 reply to oppositions to PLF 1-4 motion in limine to preclude the
                         testimony of Dr. David J. Strauss (196-1) w/att aff and exhs.

   265 -  1   02/18/04   DEF 1; 3DF 1 Supplemental Disclosures w/att exh.

   266 -  1   02/20/04   JWS Order denying mot for clarification re: economic damage of Don &
                         Mary Armstrong (195-1), mot in limine to preclude the testimony of Dr.
                         David J. Strauss (196-1); granting mot in limine to exclude all
                         references to collateral sources during trial subject to caveat (197-1),
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A00-0031--CV (JWS)
"MATTHEW T. ARMSTRONG ET AL V USA ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | mot in limine re: economic damages clms of Donald & Mary Armstrong (200-1); granting/denying mot in limine to exclude reference to Visions International, Inc.'s former (198-1). cc: cnsl |
| 267 - 1 | 02/25/04 | JWS Order denying mot in limine re: camp standards and sale of Visions (201-1). cc: cnsl |
| 268 - 1 | 03/10/04 | JWS Order granting motion in limine to exclude evidence (221-1) except crt hasn't excluded evidence bearing on whether DEF 3 was negligent in not assuring that CHA/Ps had training in the proper use of "rescue breathing." cc: cnsl |
| 269 - 1 | 05/03/04 | JWS Order re: objs to exhs; reformatting of exhs to be done by 5/7/04; joint list of all parties' exhs w/appropriate labels due 6/4/04. cc: cnsl |
| 270 - 1 | 05/03/04 | JWS Minute Order that date of 5/7/04 in ord at dkt 269 is extended to 5/21/04; date of 6/4/04 extended to 6/14/04. cc: cnsl |
| 271 - 1 | 05/05/04 | JWS Order re: rulings on depo designations. cc: cnsl |
| 272 - 1 | 05/10/04 | DEF 2; 3PP 1 motion for reconsideration of order excluding defendant/third-party plaintiff's Visions' exhibit V-Y. |
| 273 - 1 | 05/11/04 | JWS Minute Order that oppos to mot for reconsideration at dkt 272 due 5/18/04; no replies to be fld unless requested by crt. cc: cnsl |
| 274 - 1 | 05/18/04 | PLF 1-4 opposition to DEF 2; 3PP 1 motion for reconsideration of order excluding defendant/third-party plaintiff's Visions' exhibit V-Y (272-1). |
| 275 - 1 | 05/19/04 | JWS Minute Order denying motion for reconsideration of ord excluding def/3rd-pty plf's exh VY (272-1). cc: cnsl |
| 276 - 1 | 05/21/04 | PLF 1-4 Notice of compliance with first part of crt ords 5/3/04 re: obj to exhs w/att exhs. |
| 277 - 1 | 05/28/04 | PLF 1-4; DEF 1-2; 3PP 1; 3DF 1 Notice of settl and stip for dismissal w/prej of all clms against and by DEF 2 and 3PP 1; plfs have settled all clms against Visions subject to conditions. |
| 278 - 1 | 06/02/04 | JWS Order approving stip for dismissal w/prej of all clms against & by Visions (277-1); ord of dismissal is effective upon presentation of state crt ord; trial date vacated & ddlns stayed as to Visions. cc: cnsl |
| 279 - 1 | 06/03/04 | DEF 1-2; 3PP 1; 3DF 1 Notice of conditional settlement. |
| 279 - 2 | 06/03/04 | DEF 1-2; 3PP 1; 3DF 1 Stipulation for dismissal. |
| 280 - 1 | 06/07/04 | JWS Order approving stip for dismissal (279-2); crt's ord on mot for sj at dkt 165 w/drwn; this ord of dismissal is effective upon presentation of state crt ord approving settl; 7/30/04 FPTC & 8/2/04 TBJ vacated; pretrial ddlns stayed pending state crt approval of settl. cc: cnsl, JC |
| 281 - 1 | 06/09/04 | PLF 1-4 Notice of filing order approving minor settlement w/att exh. |